DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DON KOZICH,**
Appellant,

v.

**ENGELA JOHANNA LINDWALL,**
Appellee.

No. 4D21-1553

[March 10, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael G. Kaplan, Judge; L.T. Case No. DVCE20-003897 (59).

Don Kozich, Fort Lauderdale, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, FORST and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***